UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANUEL LIZONDRO-GARCIA, LUIS CRUZ, JORGE GARCIA, JERALDO GONZALEZ, ALEKSANDER VELIC, JAVIER TOLEDO, OSCAR RAMIREZ, MOISES JIMENEZ, MARCO REAL, on behalf of themselves and other similarly situated,

      Plaintiffs,

v.

KEFI LLC, d/b/a KEFI RESTAURANT and KOSTANTINOS DAMANIOS,

      Defendants.

Case No. 12 CV 1906 (HBP)

## NOTICE OF CLASS COUNSELS' MOTION FOR APPROVAL OF ATTORNEYS' FEES

  PLEASE TAKE NOTICE that for the reasons set forth in the Memorandum of Law in Support of Class Counsels' Motion for Approval of Attorneys' Fees, in the Declaration of Josef Nussbaum in Support of Plaintiffs' Motion for Approval of Attorneys' Fees ("Nussbaum Decl.") and the supporting exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order:

  (1) awarding Class Counsel attorneys' fees of one third of the Settlement Fund ($105,000.00); and

  (2) granting such other, further, or different relief as the Court deems just and proper.

Dated: New York, New York
    November 4, 2014    **JOSEPH & KIRSCHENBAUM LLP**

                /s/ Josef Nussbaum/
                D. Maimon Kirschenbaum
                Josef Nussbaum
                233 Broadway, 5th Floor New York, NY 10279
                (212) 688-5640 (212) 688-2548 (fax)